IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

NOE GARCIA ORELLANA,

    Plaintiff,

v.                                                     No. 1:24-cv-714 KG/KK

FRANCISCO YANEZ-MARTINEZ,
TOROCO TRUCKING, LLC, and JOHN
and JANE DOES 1-4,

    Defendants.

## **STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**

THIS MATTER having come before the Court upon the parties' Joint Motion to Dismiss with Prejudice, the Court, having considered the Joint Motion, and being advised that all claims that were or that could have been brought by Plaintiff against Defendants have been amicably resolved, finds that the Motion is well-taken and should be GRANTED.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this matter is dismissed with prejudice. Each party shall bear their own costs and fees.

                                                /s/ KENNETH J. GONZALES[1]
                                                CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the court's PACER public access system.

SUBMITTED AND AGREED TO BY:

Respectfully submitted,

MODRALL, SPERLING, ROEHL,
HARRIS & SISK, P.A.

By:*/s/ Tim L. Fields*
Tim L. Fields
Abigail Bannon-Schneebeck
Post Office Box 2168
500 Fourth Street NW, Suite 1000
Albuquerque, New Mexico  87103-2168
Telephone: 505.848.1800
tlf@modrall.com
abs@modrall.com
*Attorneys for Toroco Trucking, LLC*

and


**DOMINGUEZ LAW FIRM**

By: /s/ *Approved via Email 5/5/25*

Paul M. Dominguez
2025 Rio Grande Blvd. NW
Albuquerque, NM 87104
Phone: (505) 850-5854
paul@dominguez.law
*and*
Margaret M. Branch
**BRANCH LAW FIRM**
2025 Rio Grande Blvd. NW
Albuquerque, NM 87104
Phone: (505) 243-3500
mbranch@branchlawfirm.com
***Attorneys for Plaintiff***